Irene Arvidson, Appellee, v. City of Elmhurst, Appellant.

Gen. No. 10,846. 

Second District, First Division.
February 11, 1958.
Released for publication February 28, 1958.

Sears & Streit, and George E. Billett (Barnabas F. Sears, George E. Billett, Lloyd J. Tyler, Jr., and C. Robert Yellin, of counsel) for appellant; Vogel & Vogel (L. H. Vogel, R. C. Vogel, and R. B. Johnstone, of counsel) for appellee. Opinion by JUSTICE SPIVEY. Not to be published in full.